## KORTE FOUNDATIONS, INC., Plaintiff/Respondent,

v.

## Ron SMITH, a/k/a R & P Enterprises, et al., Defendants/Appellants.

### No. 58201.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 19, 1991.

Lee Allison Bonine, Mertz, Stern & Frapolli, St. Louis, for defendants/appellants.

Gerald Julian Bamberger, St. Charles, for plaintiff/respondent.

### ORDER

PER CURIAM.

Defendants appeal after the trial court entered judgment establishing a mechanic's lien on their property. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

## STATE of Missouri, Plaintiff/Respondent,

v.

## Stanley Wayne DERING, Defendant/Appellant.

### No. 59369.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 19, 1991.

Joseph P. Cunningham II, Crystal City, for defendant/appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

### ORDER

PER CURIAM.

Defendant appeals his conviction by a jury for driving while intoxicated, § 577.-010, RSMo 1986. As it was his third DWI offense, he was sentenced by the court to three years of imprisonment with execution of sentence suspended and placed on five years probation.

The judgment is based upon findings of fact that are not clearly erroneous and no error of law appears. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order pursuant to Rule 30.25(b).